## ALVA v. JAMET et al.

In an action to enforce the tacit mortgage of a minor against real estate held by a third person under a title derived from the tutor, the burden of proving that there is other property first liable for plaintiff's claim is upon such third person.

ALVA
*v.*
JAMET.

APPEAL from the Second District Court of New Orleans, *McHenry* J. presiding. *Grandmont,* for the plaintiff. *Preaux,* for the appellants. The judgment of the court was pronounced by

SLIDELL, J. The plaintiff was the creditor of *Chevarre,* her late tutor, and as such had a tacit mortgage upon his property. The present action was brought in the *viâ ordinariâ,* to enforce the tacit mortgage on certain real estate which the defendant derived by mesne conveyances from the tutor. The prayer of the petition was that, the defendants be cited, and that, after due proceedings, there might be a decree subjecting the real estate to sale for the payment of the plaintiff's claim. We see no objection to this mode of proceeding, which certainly cannot be characterized as summary. If there was other property first liable to the plaintiff's claim, it was for the defendants to show it. They permitted judgment to go by default, and to be confirmed upon proof of the plaintiff's rights as a minor ; and we see no reason to disturb the decree.

*Judgment affirmed.*